```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0075--CR (JWS)
                          "USA V SANG HYUCK KANG ET AL"
                              DEF 1.1 KANG, SANG HYUCK

           Including terminated defendants, excluding terminated counsel
```

```
       Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
      Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
                Filed:  08/16/05
               Closed:  NO
    No. of Defendants:  2
        MJ Case Number:
                  AKA:
      Location status:  Released on Bond
           Trial date:
           Terminated:  NO
    Needs interpreter:  NO
     Counsel of record: Henry E. Graper
                        Gorton Logue & Graper PC
                        737 M Street
                        Anchorage, AK 99501
                        907-276-1942
                        FAX 907-279-0680
                        Serve: YES
                         Type: Retained
                         Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Retta-Rae Randall
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 KANG, SANG HYUCK
```

| Document   | Count | Citation and Description                                               | Disposition |
|------------|-------|------------------------------------------------------------------------|-------------|
| 1 -  1 IND | 1     | 18:1029(a)(2) AND 18:2 UNLAWFUL USE OF AN ACCESS DEVICE (CREDIT CARD) (F) | Pending     |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0075--CR (JWS)
                            "USA V SANG HYUCK KANG ET AL"
                               DEF 2.1 KANG, SONG MI

               Including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 08/16/05
            Closed: NO
No. of Defendants: 2
   MJ Case Number:
               AKA:
   Location status: Released on Bond
        Trial date:
        Terminated: NO
Needs interpreter: YES
Counsel of record: Thomas Burke Wonnell
                   2600 Denali Street, Suite 460
                   Anchorage, AK 99501
                   907-276-8008
                   FAX 907-278-8571
                   Serve: YES
                    Type: Retained
                    Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Retta-Rae Randall
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 2.1 KANG, SONG MI
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:1029(a)(2) AND 18:2 UNLAWFUL USE OF AN ACCESS DEVICE (CREDIT CARD) (F) | Pending |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A05-0075--CR (JWS)
                                   "USA V SANG HYUCK KANG ET AL"

                                       For all filing dates


   Presiding Judge:   The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:   The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed:   08/16/05
            Closed:   NO
No. of Defendants:    2


 Document #    Filed     Docket text

      1 -  1  08/16/05   [Re: DEF 1-2] PLF 1 Indictment.

   NOTE -  1  08/17/05   [Re: DEF 1-2] Issued: Summons

      2 -  1  08/17/05   [Re: DEF 1-2] JDR Grand Jury Minutes re bail to be determined; summons
                         to be issued; set for arr & notify USM.

      3 -  1  08/17/05   [Re: DEF 1] JDR Minute Order re Arr set for 9/22/05 at 9:30 a.m. cc:
                         USA, USM, USPO, def w/USM cy, H. Graper

      4 -  1  08/17/05   [Re: DEF 2] JDR Minute Order re Arr set for 9/22/05 at 10:00 a.m. cc:
                         USA, USM, USPO, def w/cnsls cy, H. Graper

   NOTE -  2  08/19/05   Notation: Proposed Trial Date Setting for Arr to USDJ.

      5 -  1  08/24/05   USM Return of svc of summons re: DEF 1 executed on 8/23/05.

      6 -  1  08/24/05   USM Return of svc of summons re: DEF 2 executed on 8/23/05.

      7 -  1  09/23/05   [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton] re Argn on Indt
                         (held 9/23/05); plea not guilty ct 1 of indt; bond set $5,000 unsecured;
                         pretrial motions due 10/12/05; trial set 12/1/05; deft to surrender
                         passport by 9/23/05 to Clerk of Court; defendant to be processed by
                         USMS.  cc: USA, H. Graper, USM, USPO, Judge Sedwick, Finance

      8 -  1  09/23/05   [Re: DEF 2] JDR Court Minutes [ECR: Elisa Singleton] re Argn on Indt
                         (held 9/22/05); bond set O/R; cont argn/status of counsel hrg set for
                         9/25/05 at 4:15 p.m.; trial date set 12/1/05; deft to surrender passport
                         by close of business 9/23/05; deft to be processed by USM.  cc: USA,
                         FPD, USM, USPO, Finance, Judge Sedwick

      9 -  1  09/23/05   [Re: DEF 1] Order setting conditions of release.  cc: USA, H. Graper,
                         USPO

     10 -  1  09/23/05   [Re: DEF 2] Order setting conditions of release.  cc: USA, def w/USPO
                         cy, USPO

     11 -  1  09/23/05   [Re: DEF 2] JDR Order of Personal Recognizance.  cc: USA, def w/USPO cy,
                         USPO

     12 -  1  09/23/05   [Re: DEF 1] Appearance bond.

     13 -  1  09/23/05   [Re: DEF 1] JDR Order regarding preparation for trial.  cc: USA, H.
                         Graper

     14 -  1  09/23/05   [Re: DEF 1-2] Clerk's Notice that as directed by Order Setting
                         Conditions of Release dtd 9/23/05 the original passport of DEF 1
                         #ST0034828 & DEF 2 #ST0034827 have been received by the clks office and
                         placed in the vault for safe keeping.  cc: USA, H. Graper, USM, PO,
                         Finance

ACRS: R_RDSDX                    As of 12/01/05 at 2:55 PM by GARRY                        Page 1
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CRIMINAL DOCKET ENTRIES FOR CASE A05-0075--CR (JWS)
                                   "USA V SANG HYUCK KANG ET AL"

                                       For all filing dates

Document #    Filed       Docket text
----------    --------    -----------

   15 -  1    09/23/05    DEF 1 Attorney Appearance of H. Graper III.

   16 -  1    09/27/05    [Re: DEF 2] JDR Minute Order re cont arr/status of counsel hrg RESET for
                          9/28/05 at 2:30 p.m.   cc: USA, USM, USPO

   17 -  1    09/27/05    DEF 2 Attorney Appearance of T.Burke Wonnell.

   18 -  1    09/29/05    [Re: DEF 2] JDR Court Minutes [ECR: Caroline Edmiston] RE: Continue
                          Arraignment/Status of Counsel (held 09/28/05); Defendant plead not
                          guilty to  count 1 of the Indictment; ptm's due 10/13/05; meet and
                          confer 09/29/05; TBJ set 12/01/05; defendant's conditions of release
                          remain as previously set. CC: USA, T. B. Wonnell, USM, USPO, Judge
                          Sedwick.

   19 -  1    09/29/05    [Re: DEF 2] JDR Order regarding preparation for trial; ptms due
                          10/13/05; meet and confer 09/29/05. CC: USA, T. Burke Wonnell.

   20 -  1    10/04/05    [Re: DEF 1-2] JWS Minute Order setting TBJ on 12/1/05 @ 9:00 a.m. & FPTC
                          set 12/1/05 @ 8:30 a.m.. cc: USA, H. Graper, B. Wonnell, USM, USPO, MJ
                          Roberts, JC

   21 -  1    10/07/05    [Re: DEF 1] PLF 1 Discovery Conference Certificate.

   22 -  1    10/07/05    [Re: DEF 2] PLF 1 Discovery Conference Certificate.

   23 -  1    10/12/05    DEF 2 motion for relief from prejudicial joinder.

   24 -  1    10/18/05    [Re: DEF 2] JWS Order appointing Korean trial interpreter: Gee Won
                          Anderson. cc: USA, T. Wonnell, G. Anderson, Finance

   25 -  1    10/19/05    PLF 1 opposition to DEF 2 motion for relief from prejudicial joinder
                          (23-1)   w/att exh.

   26 -  1    11/08/05    [Re: DEF 1-2] PLF 1 Notice of intent to use the crt's digital evidence
                          presentation system.

   27 -  1    11/10/05    Initial R&R re: DEF 2 motion for relief from prejudicial joinder (23-1);
                          recommended be denied w/o prejudice; Objections due NOON 11/17/05. Reply
                          due NOON 11/22/05. cc: USA, T. Wonnell, Judge Sedwick

   28 -  1    11/18/05    [Re: DEF 1] PLF 1 motion in limine pursuant to Fed. R. Evid 404(b).

   29 -  1    11/23/05    DEF 1 Notice of Intent to change plea.

   30 -  1    11/23/05    DEF 2 Notice of Intent to change plea.

   31 -  1    11/29/05    [Re: DEF 1] PLF 1 Plea Agreement.

   32 -  1    11/29/05    [Re: DEF 2] PLF 1 Plea Agreement.

   33 -  1    11/30/05    [Re: DEF 1-2] JWS Minute Order setting DEF 1 PCOP on 12/1/05 @ 9:30 a.m.
                          & DEF 2 PCOP on 12/1/05 @ 10:00 a.m.; 12/1/05 FPTC & TBJ vacated. cc:
                          USA, H. Graper, B. Wonnell, USM, USPO, MJ Roberts, JC
```