MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

FILED DEC 0 6 2005 UNITED STATES DISTRICT COURT DISTRICT OF ALASKA By _____ Deputy

UNITED STATES OF AMERICA    v.    SANG KANG (D-1)
                                   SONG KANG (D-2)

THE HONORABLE JOHN W. SEDWICK    CASE NO.   A05-0075 CR (JWS)

Deputy Clerk                      Official Recorder

Pam Richter                       _____

APPEARANCES:    for PLAINTIFF:    ----

                for DEFENDANT:    ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

---

Defendants Sang Kang and Song Mi Kang have each pled guilty to the charge against them. Accordingly, the motions at dockets 23 and 28 are **DENIED** as moot.

DATE: December 6, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

A05-0075--CR (JWS)    12-6-05
--------------------------------------------------
✓ H. GRAPER
✓ T. WONNELL (WONNELL)
✓ R. RANDALL (AUSA)

36