Henry E. Graper, III
Attorney for Sang Kang
Gorton, Logue & Graper
737 M Street
Anchorage, Alaska 99501
Phone: (907) 276-1945
Fax: (907) 279-0680
Email: henrygraper@gci.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SANG KANG, ) | |
| ) | |
| Defendant. ) | |
| ) | No. 3:05-CR-05-075 (JWS) |

**<u>SANG KANG'S SENTENCING MEMORANDUM</u>**

COMES NOW the Defendant, Sang Kang, by and through his attorney, Henry E. Graper, III, and for his Sentencing Memorandum, states as follows:

Sang Kang has entered into a plea agreement governed by Federal Rule of Criminal Procedure 11(c)(1)(c). It is requested that the court accept this agreement and impose the following:

1. The parties have agreed that a probationary sentence is the appropriate result. This result is required by the agreement.

2. The parties have agreed that Sang Kang shall owe restitution in an amount of $7,150.50. This result is also required pursuant to the agreement.

---

PDF created with pdfFactory trial version www.pdffactory.com

3. There has been no agreement as to the fine amount. However, the Pre-Sentence Investigation Report does not clearly establish an ability to pay a fine. Mr. Kang, at present, is no longer working in real estate due to the instant matter. His future job prospects are unsettled. He has indicated that he may enter school to be trained as a sushi chef, but this has not yet happened. Accordingly, counsel requests that no fine be imposed.

4. <u>Other conditions</u>. Sang Kang makes no other requests of the court and expects other typical conditions be imposed as required under the applicable statutes.

<u>/s Henry E. Graper, III</u>
HENRY E. GRAPER, III
Attorney for Defendant Kang
737 M Street
Anchorage, Alaska 99501
Phone: (907) 276-1942
Fax: (907) 279-0680
Email: <u>henrygraper@gci.net</u>

Certificate of Service

I hereby certify that the above was served
Electronically on all parties of record and
Via fax on USPO Patricia Wong

<u>s/ Henry E. Graper, III</u>

---

Page 2 of 2
<u>USA v. Sang Kang</u>, 3:05-CR-A05-0075-01 (JWS)
Sentencing Memorandum

PDF created with pdfFactory trial version www.pdffactory.com